AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MELVIN COLVIN, et al., ) | |
| ) | |
| Plaintiffs, ) | **JUDGMENT IN A CIVIL CASE** |
| ) | |
| v. ) | **CASE NO. 5:14-CV-361-D** |
| ) | |
| BIMBO FOODS BAKERIES ) | |
| DISTRIBUTION, INC., ) | |
| ) | |
| Defendant. ) | |

**Decision by the Court.**

     IT IS ORDERED AND ADJUDGED that in accordance with the court's order entered on October 31, 2014, the court GRANTS the defendant's motion to dismiss plaintiffs' complaint for failure to state a claim upon which relief can be granted.

     THE ABOVE JUDGMENT WAS ENTERED TODAY, **October 31, 2014**, AND A COPY MAILED TO:

Edgar R. Bain (via CM/ECF electronic notification)
Catharine B. Arrowood (via CM/ECF electronic notification)
Melanie Black Dubis (via CM/ECF electronic notification)
Deborah L. Edney (via CM/ECF electronic notification)


October 31, 2014                     JULIE A. RICHARDS, Clerk
Date                                      *Eastern District of North Carolina*

                                                   /s/ Susan W. Tripp
*New Bern, North Carolina*                 *(By) Deputy Clerk*